SEAN K. KENNEDY  (145632)
Federal Public Defender
(E-mail:  sean_kennedy@fd.org)
JESSE GESSIN (263889)
Deputy Federal Public Defender
(E-mail: Jesse_Gessin@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520

Attorneys for Defendant
MATTHEW MENDOZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE  NO.  SA CR 09-145-AG |
| Plaintiff, | ) | **ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | ) | |
| MATTHEW MENDOZA, | ) | |
| Defendant. | ) | |

For the reasons set forth in the defendant's application, IT IS HEREBY

ORDERED that Matthew Mendoza's supervised release be terminated forthwith.

Dated: January 23, 2013 _____

HONORABLE ANDREW J. GUILFORD
United States District Judge